JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEXANDER HERNANDEZ-GOMEZ,<br><br>     Petitioner,<br><br>     v.<br><br>FERETI SEMAIA, ET AL.,<br><br>     Respondents. | Case No. 5:26-cv-01673-FWS-E<br><br>**JUDGMENT** |

IT IS ADJUDGED that the Petition is granted in part and:  (a) Respondents are ordered to release Petitioner JORGE ALEXANDER HERNANDEZ-GOMEZ, (A# 039 257 191), from detention immediately, subject to the conditions of his previous supervision; and (b) Respondents are enjoined from removing Petitioner JORGE ALEXANDER HERNANDEZ-GOMEZ, (A# 039 257 191), to a third country without reasonable notice and an opportunity to be heard before an Immigration Judge.

DATED: May 29, 2026.

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE